UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Tony Azento-Dashone Parks**  Docket No. 5:12-CR-103-1D

### Petition for Action on Supervised Release

COMES NOW Kyle W. Fricke, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Tony Azento-Dashone Parks, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute More Than 280 Grams of Cocaine Base (Crack), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on November 2, 2012, to the custody of the Bureau of Prisons for a term of 102 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Tony Azento-Dashone Parks was released from custody on September 7, 2018, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has recently expressed having some mental health concerns to the undersigned probation officer and requested assistance in addressing the same. Parks has agreed to participate in mental health treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dewayne L. Smith<br>Dewayne L. Smith<br>Supervising U.S. Probation Officer | /s/ Kyle W. Fricke<br>Kyle W. Fricke<br>U.S. Probation Officer<br>150 Reade Circle<br>Greenville, NC 27858-1137<br>Phone: 252-830-2336<br>Executed On: April 26, 2021 |

### ORDER OF THE COURT

Considered and ordered this __27__ day of __April__, 2021, and ordered filed and made a part of the records in the above case.

_/s/ Dever_
James C. Dever III
U.S. District Judge